**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PATTON LAVERTY, ET AL, | : | CIVIL ACTION NO.:  : |
| Plaintiffs, | : | 3:19-cv-842 |
| v. | : | |
| KEVIN OSBORNE ET AL, | : | MAY 31, 2019 |
| Defendants. | : | |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Connecticut, the defendants, Kevin Osborne and Ozz Express, LLC (hereinafter "the Defendants"), hereby file this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

1.      On May 2, 2019, a copy of the Summons and Complaint in this matter was served on the Commissioner of Motor Vehicles for the State of Connecticut.  On that same date, a copy of the process was sent via certified mail to the Defendants.  On May 4, 2019, an additional copy of the Summons and Complaint was sent via certified mail to Defendant Osborne.  Upon information and belief, the Defendants received the Summons and Complaint for this matter on or before May 15, 2019.[1]  On May 13, 2019, the Summons and Complaint for

---

[1] According to the Return of Service filed in the Superior Court, a supplemental return of service is anticipated to be filed, but as of this date has not yet been filed.  This supplemental return of service will identify with more specificity the date(s) upon which the Defendants received the Summons and Complaint.

MORRISON MAHONEY LLP · COUNSELLORS AT LAW
1000 LAFAYETTE BOULEVARD, SUITE 702, BRIDGEPORT, CT 06604
203-965-4900 · JURIS NO. 436691

this matter were filed in the Superior Court for the Judicial District of New Britain at New Britain entitled: Patton Laverty et al v. Kevin Osborne et al, with docket number HHB-CV19-6052573-S (hereinafter "State Action") returnable June 11, 2019, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

2. There are a total of five named plaintiffs in the State Action. In the Complaint, the Plaintiffs claim that on May 7, 2017, the Plaintiff Patton Laverty was operating a vehicle ("Patton Laverty's vehicle") in an easterly direction on Route 84 in Plainville, Connecticut, with Plaintiff David Laverty as a passenger in his vehicle. The Plaintiffs further allege that Plaintiff Heather Laverty was operating a separate motor vehicle ("Heather Laverty's vehicle") directly behind the vehicle operated by Patton Laverty, with Plaintiff Gabriel Laverty and Plaintiff Erwin Laverty as passengers in her vehicle. The Complaint alleges that the Defendant Kevin Osborne was operating a vehicle owned by the Defendant Ozz Express, LLC, also in an easterly direction on Route 84, which struck the vehicle of a non-party traveling directly behind Heather Laverty's vehicle, which caused the non-party vehicle to strike Heather Laverty's vehicle, which in turn caused Heather's Laverty's vehicle to strike Patton Laverty's vehicle. The Complaint alleges that the Plaintiffs suffered injuries and damages which were caused by the negligence of the Defendants.

3. This action involves citizens of different states. At all times relevant, the Plaintiffs are residents of the state of Maine. (See Exhibit A, Summons and Complaint).

4. The Defendant Kevin Osborne is a resident of Kentucky. (See Exhibit A, Summons and Complaint). The Defendant Ozz Express, LLC is foreign corporation, domiciled

2

in Ohio, with a principal place of business located at 6184 Jamestown Drive, Parma, Ohio, 44134. Attorney Cara D. Joyce has filed a notice of appearance on behalf of the Defendants in the State Action, a copy of which is attached hereto as Exhibit B.

5.     Upon information and belief, and based on the allegations in the Plaintiff's Complaint, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.   There are five named plaintiffs in the instant case, each of whom claim personal injuries and damages as a result of the subject motor vehicle accident. For example, the Plaintiff Patton Laverty claims the following injuries: "cervical hyperextension whiplash injury; bi-lateral carpal tunnel syndrome; bi-lateral hand paresthesias and upper extremity discomfort; myelopathy; double crush injury resulting in proximal myofascial pain and nerve root compression at C-5; somatic dysfunction of the cervical[,] thoracic and lumbar spine; neck pain with radiation into shoulder blades; much pain; suffering, mental anguish; nervousness; frustration; depression; loss of sleep; and, such other injuries the full extent of which are not yet known." .  (Ex. A, Complaint at Count One, ¶ 7.) The other plaintiffs claim similar personal injuries as a result of the subject accident.  (Ex. A, Complaint at Count Two, ¶7, Count Three, ¶7, Count Four, ¶8, Count Six, ¶8).

6.     The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the place of incorporation and principal place of business of the Defendant Ozz Express, LLC, is wholly diverse from the citizenship of the plaintiffs; (2) the Defendant Kevin Osborne is a resident of Kentucky, and the plaintiffs are residents of Maine, and as such there is diversity of citizenship between the plaintiffs and Defendant Kevin Osborne

MORRISON MAHONEY LLP · COUNSELLORS AT LAW
1000 LAFAYETTE BOULEVARD, SUITE 702, BRIDGEPORT, CT 06604
203-965-4900 · JURIS NO. 436691

as well; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq.*

7.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as the Complaint was served via mail on May 2, 2019, and while the Defendants received the Complaint at some point after that, this Notice of Removal is being filed within 30 days of the date that the Summons and Complaint were mailed.

8.     The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

9.     The Superior Court for the Judicial District of New Britain at New Britain is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

10.    A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of New Britain, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANTS,
KEVIN OSBORNE and OZZ EXPRESS, LLC

4

BY:   */s/ Cara D. Joyce*
Cara D. Joyce, Esq.
Federal Bar No.: ct29007
Morrison Mahoney LLP
1 Constitution Plaza, 10th Floor
Hartford, CT  06103
Telephone: (860) 616-4441
E-Mail: cjoyce@morrisonmahoney.com

5

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing document was served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

David A. Zipfel, Esq.
David A. Zipfel and Associates, LLC
84 Connecticut Blvd.
East Hartford, CT 06108

*/s/ Cara Joyce*
Cara D. Joyce (ct29007)

6

EXHIBIT A

EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259,  P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 20 Franklin Square, New Britain, CT 06051 | ( 860 )515-5180 | June<br>Month | 11<br>Day | , 2 019<br>Year |

| ☒ Judicial District | | G.A.<br>Number: | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|---|
| ☐ Housing Session | | | Hartford | Major: V | Minor: 01 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| David A. Zipfel & Associates, LLC, 84 Connecticut Boulevard, East Hartford, CT 06108 | 071240 |

| Telephone number *(with area code)* ( 860 ) 528-4567 | Signature of Plaintiff *(if self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|

| Number of Plaintiffs:  5 | Number of Defendants:  2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First<br>Plaintiff | Name:  LAVERTY, Patton Y.<br>Address: 130 Desert Way, Hartford, Maine 04220 | P-01 |
| Additional<br>Plaintiff | Name:  LAVERTY, Heather<br>Address: 130 Desert Way, Hartford Maine 04220 | P-02 |
| First<br>Defendant | Name:  OSBORNE, Kevin<br>Address: 60 Mine Road, Evarts, KY 40828 | D-01 |
| Additional<br>Defendant | Name:  OZZ EXPRESS LLC, 6184 Jamestown Drive, Parma, Ohio 44134 - agent for service: Paul Ozeruga,<br>Address: 6184 Jamestown Drive, Parma, Ohio 44134 | D-02 |
| Additional<br>Defendant | Name:<br>Address: | D-03 |
| Additional<br>Defendant | Name:<br>Address: | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>David A. Zipfel | Date signed<br>05/01/2019 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals

   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description | Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 10 | Redevelopment Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 20 | Other State or Municipal Agencies | | T 12 | Defective Premises - Public - Other |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 20 | Products Liability - Other than Vehicular |
| | E 90 | All other | | T 28 | Malpractice - Medical |
| Miscellaneous | M 00 | Injunction | | T 29 | Malpractice - Legal |
| | M 10 | Receivership | | T 30 | Malpractice - All other |
| | M 20 | Mandamus | | T 40 | Assault and Battery |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | T 50 | Defamation |
| | M 40 | Arbitration | | T 61 | Animals - Dog |
| | M 50 | Declaratory Judgment | | T 69 | Animals - Other |
| | M 63 | Bar Discipline | | T 70 | False Arrest |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | T 71 | Fire Damage |
| | M 68 | Bar Discipline - Inactive Status | | T 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 83 | Small Claims Transfer to Regular Docket | | V 05 | Motor Vehicles* - Property Damage only |
| | M 84 | Foreign Protective Order | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 90 | All other | | V 09 | Motor Vehicle* - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | V 10 | Boats |
| | H 12 | Housing - Rent and/or Damages | | V 20 | Airplanes |
| | H 40 | Housing - Audita Querela/Injunction | | V 30 | Railroads |
| | H 50 | Housing - Administrative Appeal | | V 40 | Snowmobiles |
| | H 60 | Housing - Municipal Enforcement | | V 90 | All other |
| | H 90 | Housing - All Other | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | | | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | | | | W 90 | All other |

**CIVIL SUMMONS
CONTINUATION OF PARTIES**
JD-CV-2   Rev. 9-12

STATE OF CONNECTICUT
SUPERIOR COURT

First named Plaintiff *(Last, First, Middle Initial)*

**LAVERTY, Patton**

First named Defendant *(Last, First, Middle Initial)*

**OSBORNE, Kevin**

### Additional Plaintiffs

| Name *(Last, First, Middle Initial, if Individual)* | Address *(Number, Street, Town and Zip Code)* | CODE |
|---|---|---|
| **LAVERTY, David**<br>**130 Desert Way, Hartford Maine 04220** | | 03 |
| **LAVERTY, Gabriel, PPA David Laverty**<br>**130 Desert Way, Hartford, Maine 04220** | | 04 |
| **LAVERTY, Erwin, PPA, Heather Laverty**<br>**130 Desert Way, Hartford, Maine 04220** | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |

### Additional Defendants

| Name *(Last, First, Middle Initial, if Individual)* | Address *(Number, Street, Town and Zip Code)* | CODE |
|---|---|---|
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | 12 | FOR COURT USE ONLY - File Date |
| | 13 | |
| | 14 | Docket number |

CIVIL SUMMONS-Continuation

Print Form          Reset Form

RETURN DATE:  JUNE 11, 2019 : SUPERIOR COURT

PATTON Y. LAVERTY, HEATHER : JUDICIAL DISTRICT OF NEW BRITAIN
LAVERTY, DAVID S. LAVERTY, :
GABRIEL LAVERTY, PPA DAVID S. :
LAVERTY & ERWIN LAVERTY, PPA :
HEATHER LAVERTY : AT NEW BRITAIN
    PLAINTIFFS :
       :
V. :
       :
       :
KEVIN OSBORNE & OZZ EXPRESS, LLC
    DEFENDANTS : MAY 1, 2019

## COMPLAINT

**FIRST COUNT**                                        **(AS TO PATTON Y. LAVERTY)**

    1.     At all times material hereto, the defendant, OZZ EXPRESS, LLC is a limited

liability company organized and existing under the laws of the State of Ohio with its

principal place of business at 6184 Jamestown Drive, Parma, Ohio.

    2.     On or about May 7, 2017 at approximately 9:30p.m., and at all times relevant

hereto, the Plaintiff, Patton Y. Laverty, (hereinafter "plaintiff/operator"), was operating his

motor vehicle in an easterly direction on Route 84 in Plainville, Connecticut and was stopped

in the right lane of said highway due to construction on the interstate.

LAW OFFICES OF DAVID A. ZIPFEL & ASSOCIATES LLC · 84 CONNECTICUT BOULEVARD · EAST HARTFORD CT 06108 · JURIS NUMBER 071240 · 860· 528·4567 · FAX : 860· 528 4565

3.     On said date and at said time, the defendant, Kevin Osborne, (hereinafter "defendant/operator"), was operating his motor vehicle in an easterly direction on Route 84 in Plainville, Connecticut.

4.     On said date and at said time and place, the defendant, Kevin Osborne was operating a vehicle owned by the defendant, OZZ EXPRESS, LLC as agent, servant, or employee and/or within the meaning of §52-183 of the General Statutes with the permission of the defendant, OZZ EXPRESS, LLC and within his authority to do so.

5.     On said date and at said time and place, as the plaintiff was stopped due to a construction delay the defendant suddenly and without warning, drove his motor vehicle into the rear of the vehicle operated by Lori Rocha which vehicle struck the vehicle operated by the plaintiff, Heather Laverty which then struck the plaintiff/operator's vehicle causing the plaintiff to be violently thrown about said vehicle and to suffer injuries which are more particularly described below.

6.     The collision and the plaintiff's injuries were caused by the negligence and carelessness of the, defendant, Kevin Osborne, in one or more of the following ways:

(a)     IN THAT he failed to use due care and to make such use of his senses and faculties as would a reasonably prudent person under the circumstances as they then and there existed;

2

(b)     IN THAT he failed to operate and keep his motor vehicle under proper and reasonable control;

(c)     IN THAT he failed to keep a proper and reasonable lookout for other motor vehicles upon the highway;

(d)     IN THAT he failed to apply his brakes so as to avoid a collision, although by a proper and reasonable exercise of his faculties he could have and should have done so;

(e)     IN THAT he was following too close in violation of Connecticut General Statutes Section 14-240;

(f)     IN THAT he failed to keep a reasonable stopping distance between his vehicle and the rear of the Rocha vehicle;

(g)     IN THAT he was driving while distracted; and/or

(h)     IN THAT he operated his motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic and use of highway, road or parking area, the intersection of streets and/or weather conditions in violation of Connecticut General Statutes Section 14-218a.

7.     As a result of the negligence and carelessness of the defendant, Kevin Osborne,

as aforesaid, the plaintiff suffered severe and painful personal injuries, when upon medical

examination it was determined that the plaintiff suffered the following injuries: cervical

hyperextension whiplash injury; bi-lateral carpal tunnel syndrome; bi-lateral hand

paresthesias and upper extremity discomfort; myelopathy; double crush injury resulting in

proximal myofascial pain and nerve root compression at C-5; somatic dysfunction of the

LAW OFFICES OF DAVID A ZIFFEL & ASSOCIATES LLC • 84 CONNECTICUT BOULEVARD • EAST HARTFORD, CT 08108 • JURIS NUMBER 071240 • (860) 528-4567 • FAX (860) 528-4565

3

cervical thoracic and lumbar spine;  neck pain with radiation into shoulder blades; much

pain; suffering, mental anguish; nervousness; frustration; depression; loss of sleep; and, such

other injuries the full extent of which are not yet known.

8.      All of the aforesaid injuries are or may be permanent in nature.

9.      As a further result of the negligence and carelessness of the defendant, as

aforesaid, the plaintiff suffered and will suffer in the future great physical pain and mental

anguish, nervousness, and frustration.

10.     As a further result of the negligence and carelessness of the defendant, as

aforesaid, the plaintiff has been restricted and prevented from pursuing the activities in

which he engaged prior to the date of the accident and his ability to get around and enjoy

life's offerings has been impaired and will be so affected permanently for the remainder of

his life.

11.     As a further result of the negligence and carelessness of the defendant, as

aforesaid, the plaintiff has incurred and will incur in the future, considerable expenses for

hospital, doctor and medical care treatment, physical therapy, x-rays, medicines and medical

supplies all to his financial detriment.

4

12.     As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff was caused to lose time from his employment causing him financial loss and his earning capacity may be impaired.

**SECOND COUNT**                                    **(AS TO DAVID S. LAVERTY)**

1.     At all times material hereto, the defendant, OZZ EXPRESS, LLC is a limited liability company organized and existing under the laws of the State of Ohio with its principal place of business at 6184 Jamestown Drive, Parma, Ohio.

2.     On or about May 7, 2017 at approximately 9:30p.m., and at all times relevant hereto, the plaintiff, David S. Laverty, (hereinafter "plaintiff/passenger"), was a passenger in a motor vehicle operated by the plaintiff, Patton Laverty in an easterly direction on Route 84 in Plainville, Connecticut.

3.     On said date and at said time, the defendant, Kevin Osborne, (hereinafter "defendant/operator"), was operating his motor vehicle in an easterly direction on Route 84 in Plainville, Connecticut.

4.     On said date and at said time and place, the defendant, Kevin Osborne was operating a vehicle owned by the defendant, OZZ EXPRESS, LLC as agent, servant, or

5

employee and/or within the meaning of §52-183 of the General Statutes with the permission of the defendant, OZZ EXPRESS, LLC and within his authority to do so.

5.     On said date and at said time and place, as the plaintiff's vehicle was stopped for a construction delay the defendant suddenly and without warning, drove his motor vehicle into the rear of the vehicle operated by Lori Rocha which vehicle struck the vehicle operated by the plaintiff, Heather Laverty which then struck the plaintiff/operator's vehicle causing the plaintiff to be violently thrown about said vehicle and to suffer injuries which are more particularly described below.

6.     The collision and the plaintiff's injuries were caused by the negligence and carelessness of the, defendant, Kevin Osborne, in one or more of the following ways:

(a)     IN THAT he failed to use due care and to make such use of his senses and faculties as would a reasonably prudent person under the circumstances as they then and there existed;

(b)     IN THAT he failed to operate and keep his motor vehicle under proper and reasonable control;

(c)     IN THAT he failed to keep a proper and reasonable lookout for other motor vehicles upon the highway;

(d)     IN THAT he failed to apply his brakes so as to avoid a collision, although by a proper and reasonable exercise of his faculties he could have and should have done so;

6

(e)     IN THAT he was following too close in violation of Connecticut General Statutes Section 14-240;

(f)     IN THAT he failed to keep a reasonable stopping distance between his vehicle and the rear of the Rocha vehicle;

(g)     IN THAT he was driving while distracted; and/or

(h)     IN THAT he operated his motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic and use of highway, road or parking area, the intersection of streets and/or weather conditions in violation of Connecticut General Statutes Section 14-218a.

7.     As a result of the negligence and carelessness of the defendant, Kevin Osborne as aforesaid, the plaintiff suffered severe and painful personal injuries, when upon medical examination it was determined that the plaintiff suffered the following injuries: sprain/strain of the cervical spine; radiculopathy; aggravation of pre-existing degenerative condition to the cervical spine, underlying grade 1 spondylolisthesis C4-C5 and underlying degenerative disc disease, spondylolisthesis C4-C5 and underlying degenerative disc disease, spondylolisthesis C5-C6 and C6-C7; sprain/strain of the lumbar spine; acute on chronic right C5-C6, right C6-C7 cervical radiculopathy; severe chronic right carpal tunnel syndrome requiring surgery; headaches; much pain; suffering, mental anguish; nervousness; frustration; depression; loss of sleep; and, such other injuries the full extent of which are not yet known.

7

8.      All of the aforesaid injuries are or may be permanent in nature.

9.      As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff suffered and will suffer in the future great physical pain and mental anguish, nervousness, and frustration.

10.     As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has been restricted and prevented from pursuing the activities in which he engaged prior to the date of the accident and his ability to get around and enjoy life's offerings has been impaired and will be so affected permanently for the remainder of his life.

11.     As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has incurred and will incur in the future, considerable expenses for hospital, doctor and medical care treatment, physical therapy, x-rays, medicines and medical supplies all to his financial detriment.

12.     As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff was caused to lose time from his employment causing him financial loss and his earning capacity may be impaired.

8

**THIRD COUNT**                                                    (AS TO HEATHER LAVERTY)

1.      At all times material hereto, the defendant, OZZ EXPRESS, LLC is a limited

liability company organized and existing under the laws of the State of Ohio with its

principal place of business at 6184 Jamestown Drive, Parma, Ohio.

2.      On or about May 7, 2017 at approximately 9:30p.m., and at all times relevant

hereto, the Plaintiff, Heather Laverty, (hereinafter "plaintiff/operator"), was operating her

motor vehicle in an easterly direction on Route 84 in Plainville, Connecticut and was stopped

in the right lane of said highway due to construction on the interstate.

3.      On said date and at said time, the defendant, Kevin Osborne, (hereinafter

"defendant/operator"), was operating his motor vehicle in an easterly direction on Route 84

in Plainville, Connecticut.

4.      On said date and at said time and place, the defendant, Kevin Osborne was

operating a vehicle owned by the defendant, OZZ EXPRESS, LLC as agent, servant, or

employee and/or within the meaning of §52-183 of the General Statutes with the permission

of the defendant,  OZZ EXPRESS, LLC and within his authority to do so.

9

5.      On said date and at said time and place, as the plaintiff's vehicle was stopped

for a construction delay the defendant suddenly and without warning, drove his motor

vehicle into the rear of the vehicle operated by Lori Rocha which was stopped behind the

plaintiff's vehicle which then struck the vehicle operated by the plaintiff, Heather Laverty

which then struck the vehicle operated by Patton Laverty causing the plaintiff to be violently

thrown about her vehicle and to suffer injuries which are more particularly described below.

6.      The collision and the plaintiff's injuries were caused by the negligence and

carelessness of the, defendant, Kevin Osborne, in one or more of the following ways:

(a)     IN THAT he failed to use due care and to make such use of his senses and
faculties as would a reasonably prudent person under the circumstances as they then
and there existed;

(b)     IN THAT he failed to operate and keep his motor vehicle under proper and
reasonable control;

(c)     IN THAT he failed to keep a proper and reasonable lookout for other motor
vehicles upon the highway;

(d)     IN THAT he failed to apply his brakes so as to avoid a collision, although by a
proper and reasonable exercise of his faculties he could have and should have done so;

(e)     IN THAT he was following too close in violation of Connecticut General
Statutes Section 14-240;

(f)      IN THAT he failed to keep a reasonable stopping distance between his vehicle
and the rear of the Rocha vehicle;

10

(g)    IN THAT he was driving while distracted; and/or

(h)    IN THAT he operated his motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic and use of highway, road or parking area, the intersection of streets and/or weather conditions in violation of Connecticut General Statutes Section 14-218a.

7.    As a result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff suffered severe and painful personal injuries, when upon medical examination it was determined that the plaintiff suffered the following injuries:  cervical sprain/strain; thoracic strain/sprain; lumbar sprain/strain; cervical radiculopathy; somatic dysfunction of the spine; right medial epicondylitis; post traumatic headache; much pain; suffering, mental anguish; nervousness; frustration; depression; loss of sleep; and, such other injuries the full extent of which are as yet unknown.

8.    All of the aforesaid injuries are or may be permanent in nature.

9.    As a further result of the negligence and carelessness of the defendant, Kevin Osborne as aforesaid, the plaintiff suffered and will suffer in the future great physical pain and mental anguish, nervousness, and frustration.

10.    As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has been restricted and prevented from pursuing the activities in

11

which she engaged prior to the date of the accident and her ability to get around and enjoy life's offerings has been impaired and will be so affected permanently for the remainder of her life.

11.     As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has incurred and will incur in the future, considerable expenses for hospital, doctor and medical care treatment, physical therapy, x-rays, medicines and medical supplies all to her financial detriment.

12.     As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff was caused to lose time from her employment causing her financial loss and her earning capacity may be impaired.

**FOURTH COUNT**                 **(AS TO GABRIEL LAVERTY, PPA DAVID S. LAVERTY)**

1.     At all times material hereto, the defendant, OZZ EXPRESS, LLC is a limited liability company organized and existing under the laws of the State of Ohio with its principal place of business at 6184 Jamestown Drive, Parma, Ohio.

2.     The Plaintiff, Gabriel Laverty (hereinafter "plaintiff/minor"), is a minor, seventeen (17) years of age, and brings this action by the plaintiff, David S. Laverty (hereinafter "plaintiff/father"), his father, parent and next friend.

12

3. On or about May 7, 2017 at approximately 9:30p.m., and at all times relevant hereto, the plaintiff/minor, was a passenger in a motor vehicle operated by the plaintiff, Heather Laverty in an easterly direction on Route 84 in Plainville, Connecticut.

4. On said date and at said time, the defendant, Kevin Osborne, (hereinafter "defendant/operator"), was operating his motor vehicle in an easterly direction on Route 84 in Plainville, Connecticut.

5. On said date and at said time and place, the defendant, Kevin Osborne was operating a vehicle owned by the defendant, OZZ EXPRESS, LLC as agent, servant, or employee and/or within the meaning of §52-183 of the General Statutes with the permission of the defendant, OZZ EXPRESS, LLC and within his authority to do so.

6. On said date and at said time and place, as the plaintiff's vehicle was stopped for a construction delay the defendant suddenly and without warning, drove his motor vehicle into the rear of the vehicle operated by Lori Rocha which vehicle struck the vehicle operated by the plaintiff, Heather Laverty which then struck the plaintiff, Patton Laverty's vehicle causing the plaintiff to be violently thrown about his vehicle and to suffer injuries which are more particularly described below.

13

7.     The collision and the plaintiff's injuries were caused by the negligence and

carelessness of the, defendant, Kevin Osborne, in one or more of the following ways:

(a)     IN THAT he failed to use due care and to make such use of his senses and
faculties as would a reasonably prudent person under the circumstances as they then
and there existed;

(b)     IN THAT he failed to operate and keep his motor vehicle under proper and
reasonable control;

(c)     IN THAT he failed to keep a proper and reasonable lookout for other motor
vehicles upon the highway;

(d)     IN THAT he failed to apply his brakes so as to avoid a collision, although by a
proper and reasonable exercise of his faculties he could have and should have done so;

(e)     IN THAT he was following too close in violation of Connecticut General
Statutes Section 14-240;

(f)     IN THAT he failed to keep a reasonable stopping distance between his vehicle
and the rear of the Rocha vehicle;

(g)     IN THAT he was driving while distracted; and/or

(h)     IN THAT he operated his motor vehicle at a rate of speed greater than is
reasonable, having regard to the width, traffic and use of highway, road or parking
area, the intersection of streets and/or weather conditions in violation of Connecticut
General Statutes Section 14-218a.

8.     As a result of the negligence and carelessness of the defendant, as aforesaid, the

plaintiff suffered severe and painful personal injuries, when upon medical examination it

14

was determined that the plaintiff suffered the following injuries: acute transverse process fracture of the left L-3 vertebra; sprain/strain of the lumbar spine; abrasions and contusions; disc bulge at L1-L2, L2-L3, L3-L4, L4-L5, L5-S1; back brace; much pain; suffering, mental anguish; nervousness; frustration; depression; loss of sleep; and, such other injuries the full extent of which are not yet known.

9.    All of the aforesaid injuries are or may be permanent in nature.

10.    As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff suffered and will suffer in the future great physical pain and mental anguish, nervousness, and frustration.

11.    As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has been restricted and prevented from pursuing the activities in which he engaged prior to the date of the accident and his ability to get around and enjoy life's offerings has been impaired and will be so affected permanently for the remainder of his life.

12.    As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has incurred and will incur in the future, considerable expenses for

15

hospital, doctor and medical care treatment, physical therapy, x-rays, medicines and medical supplies all to his financial detriment.

13.     As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff was caused to lose time from his employment causing him financial loss and his earning capacity may be impaired.

**FIFTH COUNT**                    **(AS TO GABRIEL LAVERTY, PPA DAVID S. LAVERTY)**

1.     Paragraphs One through Thirteen of the Fourth Count are hereby incorporated by reference as Paragraphs One through Thirteen of this the Fifth Count as though more fully set forth herein.

14.     As a result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff/father was forced to expend monies for hospital, medical care and attention, x-rays, follow up care and pharmaceuticals as well as incidentals on behalf of his son and, he will be forced to expend further sums for the same in the future.

16

LAW OFFICES OF DAVID A. ZIPFEL & ASSOCIATES, LLC · 84 CONNECTICUT BOULEVARD · EAST HARTFORD, CT. 06108 · JURIS NUMBER 071240 · (860) 528-4567 · FAX. (860) 528-4565

**SIXTH COUNT**                    **(AS TO ERWIN LAVERTY, PPA HEATHER LAVERTY)**

1.    At all times material hereto, the defendant, OZZ EXPRESS, LLC is a limited liability company organized and existing under the laws of the State of Ohio with its principal place of business at 6184 Jamestown Drive, Parma, Ohio.

2.    The Plaintiff, Erwin Laverty (hereinafter "plaintiff/minor"), is a minor, three (3) years of age, and brings this action by the plaintiff, Heather Laverty (hereinafter "plaintiff/mother"), his mother, parent and next friend.

3.    On or about May 7, 2017 at approximately 9:30p.m., and at all times relevant hereto, the plaintiff/minor, was a passenger in a motor vehicle operated by the plaintiff, Heather Laverty in an easterly direction on Route 84 in Plainville, Connecticut.

4.    On said date and at said time, the defendant, Kevin Osborne, (hereinafter "defendant/operator"), was operating his motor vehicle in an easterly direction on Route 84 in Plainville, Connecticut.

5.    On said date and at said time and place, the defendant, Kevin Osborne was operating a vehicle owned by the defendant, OZZ EXPRESS, LLC as agent, servant, or employee and/or within the meaning of §52-183 of the General Statutes with the permission of the defendant, OZZ EXPRESS, LLC and within his authority to do so.

17

6.     On said date and at said time and place, as the plaintiff's vehicle was stopped

for a construction delay the defendant suddenly and without warning, drove his motor

vehicle into the rear of the vehicle operated by Lori Rocha which vehicle struck the vehicle

operated by the plaintiff, Heather Laverty which then struck the plaintiff, Patton Laverty's

vehicle causing the plaintiff to be violently thrown about his vehicle and to suffer injuries

which are more particularly described below.

7.     The collision and the plaintiff's injuries were caused by the negligence and

carelessness of the, defendant, Kevin Osborne, in one or more of the following ways:

(a)     IN THAT he failed to use due care and to make such use of his senses and
faculties as would a reasonably prudent person under the circumstances as they then
and there existed;

(b)     IN THAT he failed to operate and keep his motor vehicle under proper and
reasonable control;

(c)     IN THAT he failed to keep a proper and reasonable lookout for other motor
vehicles upon the highway;

(d)     IN THAT he failed to apply his brakes so as to avoid a collision, although by a
proper and reasonable exercise of his faculties he could have and should have done so;

(e)     IN THAT he was following too close in violation of Connecticut General
Statutes Section 14-240;

(f)     IN THAT he failed to keep a reasonable stopping distance between his vehicle
and the rear of the Rocha vehicle;

18

(g)    IN THAT he was driving while distracted; and/or

(h)    IN THAT he operated his motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic and use of highway, road or parking area, the intersection of streets and/or weather conditions in violation of Connecticut General Statutes Section 14-218a.

8.    As a result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff suffered severe and painful personal injuries, when upon medical examination it was determined that the plaintiff suffered the following injuries: muscle strains; much pain; suffering, mental anguish; nervousness; frustration; depression; loss of sleep; and, a severe traumatic shock to his nervous system.

9.    All of the aforesaid injuries are or may be permanent in nature.

10.    As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff suffered and will suffer in the future great physical pain and mental anguish, nervousness, and frustration.

11.    As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has been restricted and prevented from pursuing the activities in which he engaged prior to the date of the accident and his ability to get around and enjoy

19

life's offerings has been impaired and will be so affected permanently for the remainder of his life.

12. As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has incurred and will incur in the future, considerable expenses for hospital, doctor and medical care treatment, physical therapy, x-rays, medicines and medical supplies all to his financial detriment.

**SEVENTH COUNT** (AS TO ERWIN LAVERTY, PPA HEATHER LAVERTY)

1. Paragraphs One through Twelve of the Sixth Count are hereby incorporated by reference as Paragraphs One through Twelve of this the Seventh Count as though more fully set forth herein.

13. As a result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff/mother was forced to expend monies for hospital, medical care and attention, x-rays, follow up care and pharmaceuticals as well as incidentals on behalf of her son and, she will be forced to expend further sums for the same in the future.

20

WHEREFORE, the plaintiff claims the following relief:

1.    Monetary damages.

2.    Any other equitable relief that the Court may deem just and appropriate.

THE PLAINTIFFS,
PATTON Y. LAVERTY, HEATHER LAVERTY,
DAVID S. LAVERTY, GABRIEL LAVERTY, PPA
DAVID S. LAVERTY & ERWIN LAVERTY, PPA
HEATHER LAVERTY

David A. Zipfel, their attorney
David A. Zipfel & Associates, LLC
84 Connecticut Blvd
East Hartford, CT 06108
Tel. No. 528-4567
Juris No. 071240

21

RETURN DATE: JUNE 11, 2019    :    SUPERIOR COURT

                                      :

PATTON Y. LAVERTY, HEATHER    :    JUDICIAL DISTRICT OF NEW BRITAIN
LAVERTY, DAVID S. LAVERTY,       :
GABRIEL LAVERTY, PPA DAVID S.   :
LAVERTY & ERWIN LAVERTY, PPA  :
HEATHER LAVERTY                :    AT NEW BRITAIN
     PLAINTIFFS              :

                                        :

V.                                    :

                                      :

KEVIN OSBORNE & OZZ EXPRESS, LLC
     DEFENDANTS           :    MAY 1, 2019

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than FIFTEEN THOUSAND DOLLARS ($15,000.00)

exclusive of interest and costs.

                           THE PLAINTIFFS,
                           PATTON Y. LAVERTY, HEATHER LAVERTY,
                           DAVID S. LAVERTY, GABRIEL LAVERTY, PPA
                           DAVID S. LAVERTY & ERWIN LAVERTY, PPA
                           HEATHER LAVERTY

                           David A. Zipfel, their attorney
                           David A. Zipfel & Associates, LLC
                           84 Connecticut Blvd
                           East Hartford, CT 06108
                           Tel. No. 528-4567
                           Juris No. 071240

LAW OFFICES OF DAVID A. ZIPFEL & ASSOCIATES, LLC · 84 CONNECTICUT BOULEVARD · EAST HARTFORD, CT 06108 · JURIS NUMBER 071240 · (860) 528 4567 · FAX (860) 528 4565

STATE OF CONNECTICUT:

: ss: WETHERSFIELD          MAY 2, 2019

COUNTY OF HARTFORD  :

Then and by virtue hereof and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of the Clerk in charge at the office of SIBONGILE MAGUBANE, COMMISSIONER OF MOTOR VEHICLES FOR THE STATE OF CONNECTICUT, at least twelve days before the session of the Court to which this Writ is returnable. Said Commissioner is the duly authorized agent and attorney to accept service for the within named non-resident defendant **KEVIN OSBORNE,** (and paid Statutory Fees in the amount of $20.00) pursuant to Connecticut General Statutes Section 52-62, in the said town of WETHERSFIELD, County of Hartford.

And also, on the 2ND day of MAY, 2019, I deposited in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7017 1450 0002 3433 4213, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doing thereon endorsed, addressed to the within named non-resident defendant:

**KEVIN OSBORNE**
**60 MINE ROAD**
**EVARTS, KY 40828-6362**

**SUPPLEMENTAL RETURN TO FOLLOW**

And also, on the 2ND day of MAY, 2019, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of the Clerk in charge at the office of SIBONGILE MAGUBANE, COMMISSIONER OF MOTOR VEHICLES FOR THE STATE OF CONNECTICUT, at least twelve days before the session of the Court to which this Writ is returnable. Said Commissioner is the duly authorized agent and attorney to accept service for the within named non-resident defendant **OZZ EXPRESS, LLC,** (and paid

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*

Statutory Fees in the amount of $20.00) pursuant to Connecticut General Statutes Section 52-62, in the said town of WETHERSFIELD, County of Hartford.

And also, on the 2ND day of MAY, 2019, I deposited in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7017 1450 0002 3433 4220, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doing thereon endorsed, addressed to the within named non-resident defendant:

> **OZZ EXPRESS LLC**
> **PAUL OZERUGA, AGENT**
> **6184 JAMESTOWN CIRCLE**
> **PARMA, OH 44134-4036**

### SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 4TH day of MAY, 2019, by Special Direction, I deposited in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7017 1450 0002 3433 4176, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doing thereon endorsed, addressed to the within named non-resident defendant:

> **KEVIN OSBOURNE**
> **PO BOX 826**
> **EVARTS, KY 40828-0826**

### SUPPLEMENTAL RETURN TO FOLLOW

State of Connecticut
County of Hartford
Department of Administrative Services

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*

The within is the original WRIT, SUMMONS, COMPLAINT AND
STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

| | |
|---|---|
| DMV Comm. | $ 40.00 |
| Verified pages | 100.00 |
| Endorsements | 4.00 |
| Service | 60.00 |
| Travel | 15.00 |
| Postage | 15.60 |
| Total | $234.60 |

ATTEST

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

State of    Connecticut
County    of Hartford
Department of Administrative Services

EXHIBIT B

EXHIBIT B

**APPEARANCE**
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — *See Back/Page 2*

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date |
| --- |
| **Jun-11-2019** |
| Docket number |
| **HHB-CV-19-6052573-S** |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

**LAVERTY, PATTON Y Et Al v. OSBORNE, KEVIN Et Al**

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | Address of Court *(Number, street, town and zip code)* **20 FRANKLIN SQUARE NEW BRITAIN, CT 06051** |
| --- | --- | --- | --- | --- |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney **MORRISON MAHONEY LLP** | Juris number of attorney or firm **404459** |
| --- | --- |

| **Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post office box | Telephone number *(Area code first)* **860-616-4441** |
| --- | --- | --- |

| City/town **HARTFORD** | State **CT** | Zip code **06103** | Fax number *(Area code first)* **860-244-3800** | E-mail address **cdjoyce@morrisonmahoney.com** |
| --- | --- | --- | --- | --- |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person)*.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:
☐ The Defendant *(includes the person being sued or charged with a crime)*.
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
☒ All Defendants.
☐ The following Defendant(s) only:
☐ Other *(Specify)*:
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
　　☐ matters in the Family Division of the Superior Court　☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8)*: _____
　　*(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

| **I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** | ☒ Yes | ☐ No |
| --- | --- | --- |

| Signed *(Individual attorney or self-represented party)* ▶ **428924** | Name of person signing at left *(Print or type)* **CARA DIANE JOYCE** | Date signed **May 31 2019** |
| --- | --- | --- |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **May 31 2019**　to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**DAVID ZIPFEL - AND ASSOCIATES, LLC/84 CONNECTICUT BLVD./EAST HARTFORD, CT 06108**

For Court Use Only

| Signed *(Signature of filer)* ▶ **428924** | Print or type name of person signing **CARA DIANE JOYCE** | Date signed **May 31 2019** | Telephone number **860-616-7650** |
| --- | --- | --- | --- |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for HHB-CV-19-6052573-S**

**Submitted By MORRISON MAHONEY LLP (404459)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 KEVIN OSBORNE

Pty# D-02 OZZ EXPRESS LLC

**\*\*\*\*\* End of Party List \*\*\*\*\***

You have successfully e-filed!                                                                Page 1 of 1

 

**State of Connecticut Judicial Branch**
## Superior Court E-Filing

---

**Attorney/Firm: MORRISON MAHONEY LLP (404459)**        **E-Mail: kcunningham@morrisonmahoney.com**   Logout

HHB-CV19-6052573-S        LAVERTY, PATTON Y Et Al v. OSBORNE, KEVIN Et Al

**Prefix: NB3**        **Case Type:** V01        **File Date:** 05/13/2019        **Return Date:** 06/11/2019

---

Hide Instructions                        **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** HHB-CV-19-6052573-S
**Case Name:** LAVERTY, PATTON Y v. OSBORNE, KEVIN
**Type of Transaction:** Appearance
**Date Filed:** May 31 2019
**Appearance by:** 404459 MORRISON MAHONEY LLP
**Appearance for this Party(ies)**

| Party # | Party Name |
|---|---|
| D-01 | KEVIN OSBORNE |
| D-02 | OZZ EXPRESS LLC |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** May 31 2019 2:11:12 PM

[ Return to Civil / Family Menu ]

Copyright © 2019, State of Connecticut Judicial Branch

EXHIBIT C

EXHIBIT C

| | |
|---|---|
| DOCKET NO.:  HHB-CV19-6052573-S | :   SUPERIOR COURT |
| | : |
| PATTON Y. LAVERTY, ET AL. | :   J. D. OF NEW BRITAIN |
| | : |
| v. | AT NEW BRITAIN |
| KEVIN OSBORNE, ET AL. | MAY 31, 2019 |

## NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendants, Kevin Osborne and Ozz Express, LLC (hereinafter "the Defendants"), hereby provides notice that it will file a Notice of Removal of this action in and to the United States District Court for the District of Connecticut.  A copy of the Notice of Removal is attached hereto as Exhibit A.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

THE DEFENDANTS,
KEVIN OSBORNE and
OZZ EXPRESS LLC

BY:   /s/ Cara D. Joyce  (428924)
　　　Cara D. Joyce, Esq.
　　　Morrison Mahoney LLP
　　　- Their Attorney -

1

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **May 31, 2019** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

David A. Zipfel, Esq.
David A. Zipfel and Associates, LLC
84 Connecticut Blvd.
East Hartford, CT 06108
*Counsel for Plaintiff*
(*does not accept electronic service*)

    */s/ Cara D. Joyce*
Cara D. Joyce (428924)

1