**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PATTON Y. LAVERTY, ET AL., | ) | CIVIL ACTION NO.: |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 3:19-CV-00842 |
| v. | ) | |
| | ) | |
| KEVIN OSBORNE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | MARCH 6, 2020 |

**MOTION FOR CONTINUANCE OF**
**APRIL 6, 2020 SETTLEMENT CONFERENCE**

The defendants, Kevin Osborne and Ozz Express, LLC, respectfully request that the status conference scheduled for April 6, 2020 be postponed to May 4, 2020, or any other date convenient for the Court. Plaintiff's counsel consents to this request. Defense counsel is awaiting outstanding medical records and diagnostic films that have been requested from the medical providers but have not yet been received.

WHEREFORE, the defendants respectfully request that their motion for continuance of the April 6, 2020 settlement conference be granted.

MORRISON MAHONEY LLP• COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103-1810
860-616-4441• JURIS NO. 404459

10079241\1501610v.1

        DEFENDANTS
        KEVIN OSBORNE and
        OZZ EXPRESS, LLC


By:  /s/ *Cara D. Joyce*
    Cara D. Joyce, Esq.
    Federal Bar No.: ct29007
    Morrison Mahoney LLP
    One Constitution Plaza, 10th Floor
    Hartford, CT 06103-1810
    Phone: 860-616-4441
    Fax:  860-244-3800
    E-Mail: cjoyce@morrisonmahoney.com

MORRISON MAHONEY LLP• COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103-1810
860-616-4441• JURIS NO. 404459

10079241\1501610v.1

## CERTIFICATION OF SERVICE

I hereby certify that on March 6, 2020 a copy of the foregoing Motion for Continuance of April 6, 2020 Settlement Conference was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*Counsel for Plaintiffs*
David A. Zipfel, Esq.
David A. Zipfel and Associates, LLC
84 Connecticut Blvd.
East Hartford, CT 06108

                                                             */s/ Cara D. Joyce*
                                                            Cara D. Joyce

MORRISON MAHONEY LLP• COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103-1810
860-616-4441• JURIS NO. 404459

10079241\1501610v.1